**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARAMARZ TAGHILOU, | Case No. CV 24-3987 FMO (ASx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FORD MOTOR COMPANY, | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned case is dismissed. The parties shall bear their own fees and costs.

Dated this 27th day of May, 2025.

/s/
Fernando M. Olguin
United States District Judge